NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-5116, -5118, -5119, -5120, -5121, -5122, -5123, -5124,
-5125, -5126, -5127, -5128, -5130, -5131, -5132, -5133, -5134, -5135, -5136,
-5137, -5138, -5140, -5141, -5142, -5143, -5144, -5145, -5146, -5147, -5148, -5149,
-5150, -5151, -5152, -5154, -5155, -5156, -5157, -5158, -5159, -5160, -5161, -5162,
-5163, -5164, -5165, -5166, -5167, -5168, -5169, -5170, -5171, and -5172,

JOSEPH KEEFE and MARGUERITE KEEFE, et al.,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendants-Appellees.

Appeals from the United States Court of Federal Claims in various cases, Judge Lawrence J. Block.

ON MOTION

Before BRYSON, Circuit Judge.

ORDER

The parties submit various motions concerning the disposition of the above-captioned appeals.[*]

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The stay of proceedings in all of these cases shall continue, pending disposition of Prati v. United States, 2008-5117, and Deegan v. United States, 2008-

---

[*]  Solely for purposes of this order, the court has combined the captions for the various appeals and otherwise abbreviated the caption. The cases remain separate for all purposes, they are not consolidated, and the official captions have not been revised.

5129. Within 21 days after issuance of this court's mandate in those two appeals, the parties shall file responses with this court indicating how they believe that the above-captioned appeals should proceed.

    (2)    All other pending motions are denied as moot.

FOR THE COURT

**JUN 22 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Sallie W. Gladney, Esq.
        Deborah K. Snyder, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 22 2009

JAN HORBALY
CLERK